706

No. 173. JAMES MCWILLIAMS BLUE LINE v. KOPPERS CONNECTICUT COKE Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Horace L. Cheyney* and *Paul Speer* for petitioner. *Messrs. Leo J. Curren* and *Edward F. Platow* for respondent.

No. 174. NITKEY v. WARD ET AL. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. George A. Gordon* for petitioner. *Messrs. John Junell* and *John W. Eckelberry* for respondents.

No. 175. TEXAS PIPE LINE Co. v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. B. H. Bartholow* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for respondent.

No. 176. GREAT LAKES TRANSIT CORP. v. INTERLAKE STEAMSHIP Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John B. Richards* and *Lawrence E. Coffey* for petitioner. *Mr. George William Cottrell* for respondent.

No. 177. HESS, TRUSTEE, v. AMIDON. October 11, 1937. Petition for writ of certiorari to the Court of Appeals, 1st Appellate Judicial District, of Ohio, denied.